## ROHAN RUDDOCK ET AL. *v.*
## DONNETTE BURROWES ET AL.
## (15619)

O'Connell, Landau and Schaller, Js.

Submitted on briefs October 28—officially released November 12, 1996

Per Curiam. The judgment is affirmed.

## ALICE BARONE ET AL. *v.*
## MARTIN O'CONNELL ET AL.
## (15575)

O'Connell, Landau and Schaller, Js.

Submitted on briefs October 28—officially released November 12, 1996

Per Curiam. The judgment is affirmed.

## DEBRA SOFFER *v.* STUART SOFFER
## (15373)

O'Connell, Landau and Schaller, Js.

Submitted on briefs October 28—officially released November 19, 1996

Per Curiam. The judgment is affirmed.